IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:25-cv-62604-DMM

LUO LIU,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Luo Liu ("Plaintiff") hereby provides the following information:

1. **For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:** There is no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

2. **A complete list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case:**

  A. Luo Liu

  B. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations identified in Schedule A

  C. Copycat Legal PLLC

  D. Daniel DeSouza, Esq.

E.  Jonathan Alejandrino, Esq.

Dated: December 17, 2025.                COPYCAT LEGAL PLLC
                                         3111 N. University Drive
                                         Suite 301
                                         Coral Springs, FL 33065
                                         Telephone: (877) 437-6228
                                         dan@copycatlegal.com
                                         jonathan@copycatlegal.com


                                         By: /s/ Daniel DeSouza
                                             Daniel DeSouza, Esq.
                                             Jonathan Alejandrino, Esq.


## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.